## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| C. WILLIAM HELM | ) | **CASE NO. 3:16-CV-771-TBR** |
| | ) | |
| Plaintiff | ) | |
| v. | ) | **NOTICE OF APPEAL** |
| | ) | |
| ALLISON RATTERMAN, Ph.D. | ) | |
| ANGELA KOSHEWA | ) | |
| PAMELA FELDHOFF, Ph.D. | ) | |
| ELEANOR LEDERER, M.D. | ) | |
| | ) | |
| Defendants | ) | |

Notice is hereby given that Dr. William Helm, Plaintiff in the above case, appeals to the United States Court of Appeals for the Sixth Circuit from (a) Dkt. Nos. 29 and 30 (entered October 17, 2017), which dismissed his Kentucky fraud by omission, interference, and breach of fiduciary duty claims; and (b) Dkt. No. 18 (entered June 28, 2017), which dismissed his 42 U.S.C. § 1983 due process and civil conspiracy claims as time-barred.

Plaintiff timely filed this Notice of Appeal.

November 15, 2017

/s/ MICHAEL W. OYLER
Michael W. Oyler
REED WEITKAMP SCHELL & VICE PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky  40202
Telephone: (502) 589-1000
Facsimile: (502) 562-2200
moyler@rwsvlaw.com
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that on November 15, 2017, I electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michael W. Oyler
*Counsel for Plaintiff*